**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLEN BURKETT, | ) Case No.: 1:15-cv-00174 - JLT |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff Glen Burkett seeks to proceed in forma pauperis with this action for judicial review of an administrative decision denying his claim for Social Security benefits.  (Docs. 1, 4-5.)

The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed and has no cash or savings.  (Doc. 4 at 1-2.)  Plaintiff asserts his only income is $341 per month in food stamps.  *Id.*  Further, Plaintiff notes he does not have any real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value.  *Id.*  However, Plaintiff reports that he has shared custody of his son.  (*Id.* at 2.) Consequently, the Court is unable to determine how Plaintiff is supporting himself and his son, or

if Plaintiff is dependent upon another individual who is able to pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.


IT IS SO ORDERED.

Dated:   **February 9, 2015**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2