UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. BURKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-00174- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

　　On August 19, 2015, Plaintiff Glen Burkett and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (Doc. 15)  Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

　　1.　　Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**;

　　2.　　Each party shall bear its own fees and expenses; and

　　3.　　The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:　**August 19, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE